BEFORE THE SECOND DIVISION, JUNE 3, 1943

**No. 48361.**—Protests 83013–K, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C.C.P.A. 72, C.A.D. 218) this claim was sustained.

**No. 48362.**—Protests 997559–G, etc., of Ernst W. C. Toepfer (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the merchandise consists of moisture testers similar in all material respects to those the subject of *Brabender Corp.* v. *United States* (6 Cust. Ct. 331, C. D. 491, and 8 Id. 267, C. D. 619), the records in which cases were incorporated herein. In accordance therewith the moisture testers in question were held dutiable at 35 percent under paragraph 353 as articles having as an essential feature an electrical element or device, as claimed.

BEFORE THE THIRD DIVISION, JUNE 3, 1943

**No. 48363.**—Petition No. 6190–R of Ringling Bros., Barnum & Bailey Combined Shows, Inc. (Tampa).

Opinion by CLINE, J. The animal was exported from Cuba and was entered at a value of $1,000. The appraiser found the value to be $8,750, on which he assessed duty at 15 percent ad valorem under paragraph 715, Tariff Act of 1930, plus the additional duties at the rate of 75 percent of the appraised value. At the hearing eleven witnesses were produced but much of the evidence was not relevant to the matter of the remission of additional duties assessed for under-valuation. From the record it appeared that the president of the importing firm knew the purchase price of the gorilla before the invoice was prepared, and although the agent apparently did not know the purchase price when said invoice was prepared he admitted that he did know it when he filed the entry. On the record presented and in view of *Wolf* v. *United States* (13 Ct. Cust. Appls. 589, T. D. 41453) the court was unable to find that the petitioner had met the burden cast upon it of showing by satisfactory evidence that the entry was made without intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was therefore denied.

**No. 48364.**—Protests 791283–G, etc., of G. H. Abel et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48365.**—Protests 764062–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.